**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO:   24-33548-H1-13 |
| Nicole Renee Delerme | § | CHAPTER 13 |
| | § | |
| Debtor(s). | § | |

## WAGE DEDUCTION ORDER

| Employer | Chapter 13 Trustee (Payments must be sent to this address) |
|---|---|
| **KLEIN ISD**<br>**7200 SPRING CYPRESS RD**<br>**KLEIN, TX 77379** | **David G. Peake**<br>**Re: Case #24-33548-H1-13**<br>**David G. Peake, Trustee**<br>**P.O. Box 2158**<br>**Memphis, TN 38101-2158** |

The Court orders:

1.  Employer must deduct the following amounts from wages payable to  **Nicole Renee Delerme** _____
    and send the deducted funds to the Chapter 13 Trustee:

| Monthly | Semi-monthly | Bi-Weekly | Weekly |
|---|---|---|---|
| $2,720.00 | $1,360.00 | $1,255.38 | $627.69 |

2.  The first deduction must occur no later than the first payday following 7 days after the Employer receives this order.  Deducted amounts must be submitted to the Chapter 13 Trustee  within 7 days of the date of the deduction.  **The Employer must not charge or require a fee or other cost for compliance with this Order.**

3.  The Chapter 13 Trustee must submit a copy of this Wage Deduction Order to the Employer within 7 days of entry.

4.  The Chapter 13 Trustee may amend the amount of the payments that are due under this Wage Deduction Order by sending a Notice of Wage Order Adjustment to Employer.  The Employer must comply with any Notice of Wage Order Adjustment received by the Employer from the Chapter 13 Trustee.

5.  **This Order is NOT subject to any limitation under state or federal law regarding wage garnishments.**

6.  This Order remains effective until terminated by Order of this Court.

Signed the _____ day of _____, 20_____.

_____
U.S. Bankruptcy Judge